**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MAR-LEES SEAFOOD, LLC, MAR-LEES HOLDING LLC, and SEAFOOD DEVELOPMENT PARTNERS, LLC<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN A. LEES, JR., ML HOLDINGS, INC., NORATLANTIC 21, LLC, N.A. 21 HOLDINGS, LLC, BLUE SEA PRODUCTS LLC, THOMAS JACOB, MICHAEL SWEENEY, and DUFFY & SWEENEY, LTD,<br><br>　　　　　　　Defendants. | Civil Action No. 13-12713 RWZ |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Mar-Lees Seafood, LLC, Mar-Lees Holding LLC, and Seafood Development Partners, LLC hereby voluntarily dismiss this action without prejudice.

Dated: September 22, 2014

Respectfully submitted,

MAR-LEES SEAFOOD, LLC,
MAR-LEES HOLDING LLC, and SEAFOOD
DEVELOPMENT PARTNERS, LLC

By their attorneys,

/s/ Michael J. Licker
Nicholas C. Theodorou (BBO #495730)
ntheodorou@foleyhoag.com
Anthony Mirenda (BBO #550587)
amirenda@foleyhoag.com
Michael J. Licker (BBO #678746)
mlicker@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617-832-1000


Of counsel:

David K. Bowles (*pro hac vice*)
Di Santo Bruno LLP
175 Varick Street, Suite 257
New York, NY 10014
dbowles@disantolaw.com


## Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent via first-class mail, postage prepaid, to those indicated as non-registered participants on September 22, 2014.

/s/ Michael J. Licker
Michael J. Licker